IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-129-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MELISHA OXENDINE WEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint notice of stipulation regarding restitution (DE 49). At sentencing May 22, 2023, the court left open the issue of restitution and directed the parties to notify the court if they could agree on an amount, in lieu of a plan for further briefing and hearing on the issue. Most recently, on July 21, 2023, the court allowed defendant an extension of time to September 11, 2023, to file an opening brief, with additional response and reply deadlines set. Where the parties report they have conferred and reached an agreement concerning the amount of restitution, for good cause shown in light of the record in this case, the court hereby orders restitution in that amount.

The clerk is DIRECTED to enter judgment of restitution as follows: Defendant is ORDERED to pay restitution in the amount of $3,500,000: $1,750,000 payable to the North Carolina Fund for Medical Assistance and $1,750,000 to Medicare, jointly and severally with the co-defendant, James Craig Bell (7:22-CR-00107-1FL).

SO ORDERED, this the 25th day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge